UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR: 14-70876 HRL |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| ESTANISLAO SANTIAGO-FLORES | |
| Defendant. | |

Leave is granted to the government to dismiss the above Complaint. The Complaint is hereby ordered dismissed without prejudice.

Date: 4/2/2015

PAUL S. GREWAL
United States Magistrate Judge

NOTICE OF DISMISSAL
14-70876 HRL